UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
:   08-MDL-1950 (VM)
In Re: MUNICIPAL DERIVATIVES            :
ANTITRUST LITIGATION                    : **NOTICE OF APPEARANCE**
:
------------------------------------------------------------X

**TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:**

Enter my appearance as counsel in this case for Plaintiffs, The State of Mississippi and Hinds County, Mississippi. I certify that I am admitted to practice in the United States District Court for the Southern District of New York.

Dated: New York, New York
       July 10, 2008

**BOIES, SCHILLER & FLEXNER LLP**

By:   /S/ Magda M. Jimenez

Magda M. Jimenez
575 Lexington Avenue
New York, New York 10022
(212) 446-2300

*Attorneys for Plaintiffs*
*The State of Mississippi and*
*Hinds County, Mississippi*