IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE MUNICIPAL DERIVATIVES ANTITRUST LITIGATION | MDL No. 1950 |
| THIS DOCUMENT RELATES TO:<br>All Actions | Master Docket No. 08-02516 (VM) (JCF)<br>ECF Case |

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that Edward M. Grauman of the law firm Sullivan & Cromwell LLP hereby appears as counsel for Defendant Wachovia Bank, N.A. in the above-captioned action.

Dated: New York, New York
       July 11, 2008

                                        SULLIVAN & CROMWELL LLP

                                        By    /s/ Edward M. Grauman
                                              Edward M. Grauman (EG-9825)
                                              125 Broad Street
                                              New York, New York 10004-2498
                                              (212) 558-3108
                                              Fax (212) 558-3299
                                              graumane@sullcrom.com

                                        *Attorneys for Defendant Wachovia Bank, N.A.*