UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------X
:
*In Re:* MUNICIPAL DERIVATIVES    :   MDL No. 1950
*ANTITRUST LITIGATION*            :
                                  :   Master Docket No.
-------------------------------------------------------X   08-cv-2516 (VM)(JCF)
                                  :
THIS DOCUMENT RELATES TO:         :
                                  :   **NOTICE OF APPEARANCE**
ALL ACTIONS                       :
                                  :
-------------------------------------------------------X

     Pursuant to the Orders signed by the Honorable Victor Marrero in this proceeding on July 15, 2008 and July 17, 2008, I hereby enter my appearance *pro hac vice* as counsel in this case for Plaintiffs, The State of Mississippi and Hinds County, Mississippi. Attached hereto please find a Certificate of Good Standing issued by the Clerk of the United States District Court for the Northern District of Illinois on July 21, 2008.

Dated: Washington, D.C.
       July 30, 2008

                               **BOIES SCHILLER & FLEXNER LLP**

                               By: _____
                                   Jack A. Simms

                              5301 Wisconsin Avenue, NW
                              Suite 800
                              Washington, D.C. 20015
                              (202) 237-2727

                              *Attorneys for Plaintiffs The State of Mississippi*
                              *And Hinds County, Mississippi*

# CERTIFICATE OF GOOD STANDING



*United States of America*

}ss. Jack Allen Simms

*Northern District of Illinois*

    I, Michael W. Dobbins, Clerk of the United States District Court for the Northern District of Illinois,

    DO HEREBY CERTIFY That Jack Allen Simms was duly admitted to practice in said Court on (01/10/2001) and is in good standing as a member of the bar of said court.

Dated at Chicago, Illinois
on (07/21/2008 )

                                        Michael W. Dobbins, Clerk,
                                        By: Liri Isufi
                                             Deputy Clerk