UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------X
                                                     :
*In Re: MUNICIPAL DERIVATIVES*              :        MDL No. 1950
*ANTITRUST LITIGATION*                      :
                                                     :        Master Docket No.
-----------------------------------------------------X        08-cv-2516 (VM)(JCF)
                                                     :
THIS DOCUMENT RELATES TO:                   :
                                                     :        **NOTICE OF APPEARANCE**
ALL ACTIONS                                 :
                                                     :
-----------------------------------------------------X

         Pursuant to the Orders signed by the Honorable Victor Marrero in this proceeding

on July 15, 2008 and July 17, 2008, I hereby enter my appearance *pro hac vice* as counsel

in this case for Plaintiffs, The State of Mississippi and Hinds County, Mississippi.

Attached hereto please find a Certificate of Good Standing issued by the Clerk of the

United States District Court for the District of Columbia on July 18, 2008.


Dated: Washington, D.C.
         ~~July~~ *4*, 2008
         *Aug.*

                                        **BOIES SCHILLER & FLEXNER LLP**


                                        By: _____
                                             William Isaacson

                                             5301 Wisconsin Avenue, NW
                                             Suite 800
                                             Washington, D.C. 20015
                                             (202) 237-2727


                                        *Attorneys for Plaintiffs The State of Mississippi*
                                        *And Hinds County, Mississippi*

# United States District Court
# for the District of Columbia
## CLERK'S OFFICE
### 333 Constitution Avenue, NW
### Washington, DC 20001

I, **NANCY M. MAYER-WHITTINGTON,** Clerk of the United States

District Court for the District of Columbia, do hereby certify that:

## WILLIAM   ISAACSON

was, on the  5<u>th</u>  day of  <u>December</u>  A.D.  <u>1988</u>  admitted to practice as an  Attorney

at  Law at the Bar of this Court, and is, according to the records of  this Court, a

member of said  Bar in good standing.

In Testimony  Whereof, I hereunto subscribe my name and affix the seal of said Court

in  the City of  Washington this  <u>18th</u>  day of  <u>July</u>  A.D. 2008.

**NANCY M. MAYER-WHITTINGTON,** CLERK

By: _____

**Deputy Clerk**