UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/23/18
```

IN RE MUNICIPAL DERIVATIVES
ANTITRUST LITIGATION

MDL No. 1950

Master Docket No. 08-02516 (VM)

THIS DOCUMENT RELATES TO:
ALL ACTIONS

## ORDER FOR NOTICE OF MOTION
## TO WIND DOWN AND CLOSE THIS CLASS ACTION

This Court, having read the papers submitted in connection with the Class Plaintiffs' Notice of Motion To Wind Down And Close This Class Action ("the Motion"), hereby ORDERS that the Motion is GRANTED.

WHEREAS, settlement funds were created from settlements reached with Morgan Stanley; JPMorgan Chase & Co., J.P. Morgan Securities LLC, n/k/a J.P. Morgan Securities LLC, and Bear Stearns & Co., Inc., n/k/a J.P. Morgan Securities LLC; Wachovia Bank, N.A., n/k/a Wells Fargo Bank, N.A., and Wells Fargo & Company; Bank of America, N.A. ("BOA") and Trinity Funding Co., LLC; Trinity Plus Funding Co., LLC; and GE Funding Capital Market Services, Inc. (the "Tranche 1" settlement funds), the distribution of which was approved by the Court on June 6, 2014 (Dkt. No. 1904) (amended, March 18, 2016 at Dkt. No. 2006);

WHEREAS, settlement funds were created from settlements reached with Société Générale, S.A., Nataxis Funding Corp., f/k/a IXIS Funding Corp., and before that, f/k/a CDC Funding Corp., Piper Jaffray & Co., George K. Baum Company, National Westminster Bank plc., and UBS AG (the "Tranche 2" funds, and together with the Tranche 1 funds, the "Settlement Funds"), the distribution of which was approved on March 11, 2016 at Dkt. No.

1

2004;

WHEREAS, Class Plaintiffs' Lead Counsel (consisting of Hausfeld LLP, Boies Schiller Flexner LLP, and Susman Godfrey LLP) have distributed all but $14,145.69 of the $148,868,788.49 in settlement funds available for distribution; and

WHEREAS it would be impracticable to distribute those remaining settlement funds to the Class as the cost of doing so would exceed, and thus consume, those funds;

It is FURTHER ORDERED as follows:

1. Class Plaintiffs Lead Counsel and the Claims Administrator (Rust Consulting Inc.) are hereby authorized to distribute the remaining $14,145.69 in settlement funds to the Antitrust Training and Education Fund of the National Association of Attorneys General.

2. Given the paucity of the remaining funds, which would likewise be largely consumed by mailing notice of this motion to the Class Members, this Court deems the public filing of this Motion on this Court's docket sufficient notice under the circumstances.

3. All persons involved in the review, verification, calculation, tabulation or any other aspect of the processing of the distribution of the Settlement Funds, including the Claims Administrator, Class Plaintiffs, Class Counsel, Defendants, and Defense Counsel, are hereby released and discharged from any and all claims arising out of such involvement.

4. Claimants to funds from the Settlement Funds, whether or not they receive a distribution from the Settlement Funds, are hereby barred from making any further claims against the Settlement Funds.

5. The Claims Administrator may discard both electronic and paper copies of claim

forms and all supporting documentation two years after the distribution of the Settlement Funds.

6. Reasonable costs and expenses borne by the Claims Administrator in administering and disbursing funds may be reimbursed from the Settlement Funds without further order of the Court.

7. The Clerk is hereby directed to close this and any associated cases.

It is SO ORDERED this 22nd day of May, 2018.

_____
Victor Marrero
United States District Court Judge